UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN TUNG, | ) | |
| Plaintiff, | ) | Case No. 14 CV 4699 |
| v. | ) | |
| | ) | |
| MICHAEL SEARS, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF DEFENDANT MICHAEL SEARS
IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P 12(b)(2)**

NOW COMES the Defendant, MICHAEL SEARS, by and through his attorneys, BELLAS & WACHOWSKI, and in his affidavit states as follows:

1. My name is Michael Sears, and I am the Defendant in the above-captioned matter.

2. I am a resident of and domiciled in Alexandria, Virginia, have been residing and am a permanent resident of Alexandria, Virginia, since 1994.

3. I am one of the members of a limited liability company known as Capital Area Regional Center Job Fund, LLC ("CARc"). The members of this entity are:

    Michael Sears    45%
    John Tung       45%
    Mike Kolodner   10%

4. I also am one of the members of a limited liability company known as Global Capital Markets Advisors, LLC ("GCMA"). The members of this corporation are:

    Michael Sears    45%
    John Tung       45%
    Mike Kolodner   10%

5. CARc is a Delaware entity while GCMA's is registered in the Commonwealth of Virginia whose sole place of business is in Alexandria, Virginia. CARc is a shell entity managed


EXHIBIT B

solely by GCMA.

6. John Tung, the plaintiff in this action, is one of the members of these entities, but is a passive investor and has little to do with the day to day activities of these entities.

7. I personally learned of a potential fraud being perpetrated by individuals who were selling interests in a project located in Chicago known as the "Chicago Convention Center" and I personally filed notice of the possible fraud with the Security and Exchange Commission (the "SEC"). I was the only person who had contact with the SEC during the course of its investigation and helped develop the case for the SEC.

8. All of these activities and contacts occurred in either the Peoples Republic of China or the Washington D.C. area which eventually led to the filing of a civil action in the U.S. District Court, Northern District of Illinois, Eastern Division, captioned *United States Securities and Exchange Commission, Plaintiff, vs. A Chicago Convention Center, LLC, Anshoo R. Sethi, and Intercontinental Regional Center Trust of Chicago, LLC, Defendants,* case no. 13-CV-982.

9. John Tung had nothing to do with this case other than engaging in casual conversations with me and taking pictures of the investment project in Chicago which were requested by the SEC.

10. In fact the case was opened by my filing a whistleblower complaint with the SEC in Washington, D.C., and I did not discuss the filing with John Tung or Mike Kolodner until I was notified by the SEC that they were interested in pursuing the matter.

11. My sole contacts with John Tung relative to CARc and GCMA have been thru emails, telephone calls, or through the offices of CARc and GCMA in Alexandria, Virginia.

12. None of the conversations with John Tung relative to the Sethi matter took place in Illinois until after the SEC granted me a whistleblower award on September 30, 2013. After I

solely received the award, I did meet with John Tung at O'Hare International Airport to discuss his demands for a share in the awarded funds.

FURTHER AFFIANT SAYETH NOT.

Dated: July 14, 2014.

_____
MICHAEL SEARS, Defendant

BELLAS & WACHOWSKI
Attorneys for Defendant
15 N. Northwest Highway
Park Ridge, Illinois 60068
(847) 823-9030