**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN TUNG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 CV 4699 |
| v. | ) | |
| | ) | |
| MICHAEL SEARS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: John C. Martin *jmartin@martinsirott.com*
Sharon Doherty Sirott *ssirott@martinsirott.com*
MARTINSIROTT LLC
30 N. LaSalle Street, Ste 2825
Chicago, IL 60602

PLEASE TAKE NOTICE that on the 8th day of May, 2015, at 9:30 a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles Norgle or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him in Room 2341 of the Richard J. Daley Center, Chicago, Illinois, and then and there present the attached **DEFENDANT'S MOTION FOR EXTENSION OF TIME,** and request a hearing on the same.

_____/s/_____
MISTY J. CYGAN
Attorney for Defendant

**CERTIFICATE OF MAILING**

MISTY J. CYGAN, an attorney, being duly sworn upon oath deposes and states that she served the above and foregoing document via CM/ECF filing and U.S. Mail addressed to the persons indicated above and Plaintiff, before 5:00 pm on the 1st day of May, 2015.

_____/s/_____
MISTY J. CYGAN
Attorney for Defendant

BELLAS & WACHOWSKI
Attorneys for Plaintiff
15 N. Northwest Highway
Park Ridge, Illinois 60068
Ph: (847) 823-9030 x234